**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1576**

In re:  ROBERT KOGER,

       Petitioner.

On Petition for Writ of Mandamus.  (1:14-cr-00018-LO-1)

Submitted:  September 14, 2021          Decided:  September 17, 2021

Before THACKER and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Robert Koger, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Koger petitions for a writ of mandamus seeking an order directing the district court to order the Government to respond to Koger's motion to unseal a portion of the record. Our review of the district court's docket reveals that, by order entered May 20, 2021, the district court directed the Government to respond and the Government did so on May 28, 2021. Accordingly, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*